1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  MICHELLE TRUDELLE (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO/OAKLAND DIVISION

11

12  KARSANT FAMILY LIMITED            No. CV 08 1490 MEJ
    PARTNERSHIP and DR. PETER
13  KARSANT,                          PROOF OF SERVICE

14         Plaintiffs,

15     vs.

16  ALLSTATE INSURANCE COMPANY,

17         Defendant.

18

19

20         I, Gloria Courtney, hereby declare:

21         I am employed in the City of Walnut Creek, and in the County of Contra Costa, California,

22  in the office of a member of the bar of this court, at whose direction the following service was

23  made. I am over the age of eighteen years and not a party to the within action. My business

24  address is Sonnenschein, Nath & Rosenthal, LLP, 2121 North California Blvd., Suite 800,

25  Walnut Creek, California 94596-7342.

26         On March 20, 2008, I caused to be served on the interested parties in this action the

27  following document(s):

28         1.      Notice Of Removal Of A Civil Action (including Exhibits);

Case No. CV 08 1490 MEJ            -1-                              PROOF OF SERVICE

2. Notice To State Court That Action Has Been Removed To Federal Court;

3. Notice To Plaintiffs That Action Has Been Removed To Federal Court;

4. Civil Cover Sheet;

5. Order Setting Initial Case Management Conference And ADR Deadlines;

6. U.S. District Court Welcome Handout;

7. Notice Of Assignment Of Case To U.S. Magistrate Judge For Trial;

8. U.S. District Court Northern California ECF Registration Information Handout;

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| *Attorney for Plaintiffs:* | |
|---|---|
| Dennis M. Cusack<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br><br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 20, 2008, at Walnut Creek, California.

_____
Gloria Courtney

Case No. CV 08 1490 MEJ — -2- — PROOF OF SERVICE