MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MICHELLE TRUDELLE (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>   Defendant. | No. CV 08 1490 MEJ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 24, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


                                         By _____/s/ Michelle A. Trudelle_____
                                                Michelle A. Trudelle

                                         Attorneys for Defendant
                                         ALLSTATE INSURANCE COMPANY

CASE NO. No. CV 08 1490 MEJ                                DECLINATION TO PROCEED BEFORE
                                                           MAGISTRATE JUDGE