FILED

08 MAR 20 PM 3: 02

... ... ... ...
... ... U.S. DISTRICT COURT
... ... NORTHERN DISTRICT OF CALIFORNIA

1   MICHAEL BARNES (State Bar No. 121314)
    SONIA MARTIN (State Bar No. 191148)
2   MICHELLE TRUDELLE (State Bar No. 221323)
    SONNENSCHEIN NATH & ROSENTHAL LLP
3   2121 N. California Blvd., Suite 800
    Walnut Creek, California 94596
4   Telephone: (925) 949-2600
    Facsimile: (925) 949-2610
5
    Attorneys for Defendant
6   ALLSTATE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

11

12  KARSANT FAMILY LIMITED            No. CV 08 1490 MEJ
    PARTNERSHIP and DR. PETER
13  KARSANT,                          NOTICE TO PLAINTIFFS THAT
                                      ACTION HAS BEEN REMOVED TO
14            Plaintiffs,             FEDERAL COURT

15      vs.

16  ALLSTATE INSURANCE COMPANY,

17            Defendant.

18

19

20

21          TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22          NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

23  1446, this action has been removed to the United States District Court for the Northern District

24  of California. Copies of the Notice Of Removal Of Civil Action filed in the District Court and

25  the Notice That Action Has Been Removed filed in the Superior Court of California for the City

26  and County of San Francisco are attached (without their exhibits) as Exhibit A.

27          All further proceedings in this action shall take place before the United States District

28  Court for the Northern District of California.

Case No. CV 08 1490 MEJ          -1-                    NOTICE TO PLAINTIFFS
                                                        THAT ACTION HAS BEEN
                                                        REMOVED TO FEDERAL COURT

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

1    Dated: March _17_, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4                                              By  M A Trudelle

5                                                  MICHELLE TRUDELLE

6                                              Attorneys for Defendant
                                               ALLSTATE INSURANCE COMPANY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

Case No. CV 08 1490 MEJ                -2-              NOTICE TO PLAINTIFFS
                                                       THAT ACTION HAS BEEN
                                                       REMOVED TO FEDERAL COURT

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MICHELLE TRUDELLE (State Bar No. 231322)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

ORIGINAL E-filing
FILED

MAR 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | NOTICE OF REMOVAL OF A CIVIL ACTION |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. section 1441(a), defendant Allstate

Insurance Company hereby removes to this Court the action described herein and respectfully

submits the following statement of grounds for removal:

THE SUPERIOR COURT ACTION

1.      On February 7, 2008, an action was commenced in the Superior Court of the State

of California for the City and County of San Francisco, entitled "*Karsant, et al., v. Allstate*

*Insurance Company*," Case No. CGC 08-471940 (the "Superior Court Action").

2.     In the Superior Court Action, plaintiffs seek damages on account of Allstate's alleged denial of coverage and alleged delay and/or failure to pay all defense costs for a third party liability claim.   (Complaint ("Compl."), ¶ 17.) Specifically, plaintiffs contend their commercial tenants demanded arbitration and filed litigation against plaintiffs concerning a disputed lease agreement. (Compl. ¶ 4.) Both the arbitration and litigation were tendered to Allstate for defense and indemnity. (*Id.* at ¶ 5.)

3.     Allstate allegedly insured plaintiffs on the date of loss under a Business Insurance Policy (the "Policy"). (Compl., ¶ 3.) When plaintiffs tendered the claims, Allstate allegedly denied coverage and refused to defend the claims. (*Id.*) As a result, plaintiffs allege they were forced to retain counsel and defend the claims on their own, and were forced to sell stock and mortgage property to fund the defense costs and the resulting arbitration award. (*Id.* at ¶¶ 5, 7.) When Allstate agreed to pay for the defense costs of the arbitration and litigation, plaintiffs assert, Allstate delayed in its payments, failed to pay all defense costs, and refused to cover the arbitration award. (*Id.* at ¶ 8, 11, 12, 13.) Seeking unreimbursed defense costs, covered portions of the arbitration award, lost investment gains, interest costs on mortgage, attorneys' fees and costs, physical and emotional distress damages, punitive damages and costs of suit, plaintiffs sue Allstate for "breach of contract and bad faith."

SERVICE

4.     Allstate is informed and believes that the Summons and Complaint in the Superior Court Action were served on Allstate on or about February 20, 2008 by means of an acknowledgement of service executed that date. Attached hereto as Exhibit A are true and correct copies of the Summons, Complaint, Answer, ADR papers and Notice of Related Case, which Allstate believes constitute all pleadings on file in the Superior Court Action.

JURISDICTION

5.     Plaintiffs were, at the time of filing of the Superior Court Action, now are, and at all relevant times have been, citizens and residents of the State of California. Defendant Allstate was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been,

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

a corporation organized and existing under the laws of the State of Illinois, with its principal places of business in the city of Northbrook, Illinois.

6.    Plaintiffs and Allstate, accordingly, are citizens and residents of different states.

### AMOUNT IN CONTROVERSY

7.    Plaintiffs have sued Allstate for breach of contract and bad faith. The breach of contract cause of action asserts that "Plaintiffs have suffered damages in the amount of unreimbursed defense costs and in the amount of the covered portions of the arbitration award, currently in excess of $175,000."

8.    In addition, plaintiffs seek additional sums to compensate them for "physical and emotional distress damages" allegedly resulting from "bad faith" on Allstate's part. (Compl., ¶ 23.) The Complaint also seeks attorneys' fees, costs and interest. (*Id.*, Prayer for Relief, at ¶ 3.) Attorneys' fees incurred to compel payment of insurance policy benefits withheld in bad faith are also recoverable as damages, and are also part of the amount in controversy. *Brandt v. Superior Court*, 37 Cal. 3d 813, 815 (1985). Finally, the Complaint seeks punitive damages, which also are included in determining whether the amount in controversy requirement has been met. *Bell v. Preferred Life Society*, 320 U.S. 238, 239 (1943). Accordingly, plaintiffs seek to recover damages in excess of seventy-five thousand dollars ($75,000).

9.    The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.    The case is therefore one that Allstate may remove to this Court pursuant to 28 U.S.C. sections 1441 and 1446. The removal is effected less than thirty days after service of the Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

1    Dated: March ⊞, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

2

3

4                                             By  MATrudelle

5                                                MICHELLE TRUDELLE

6                                             Attorneys for Defendant
                                              ALLSTATE INSURANCE COMPANY
7        27291818

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    Case No. _____                    -4-                    NOTICE OF REMOVAL

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MICHELLE TRUDELLE (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**ENDORSED**
**F I L E D**
Superior Court of California
County of San Francisco

MAR 1 9 2008

**GORDON PARK-LI, Clerk**
BY:_____ WESLEY RAMIREZ
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. CGC08-471940<br><br>NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT<br><br>**BY FAX** |

TO THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE THAT, on March 18, 2008, defendant Allstate Insurance Company removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. A copy of the Notice Of Removal Of Civil Action (without exhibits) is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing the Notice Of Removal Of Civil Action in the United States District Court followed by filing this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

-1-
NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

Dated: March 19, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


                                         By ___MA Trudelle_____

                                              MICHELLE TRUDELLE

                                         Attorneys for Defendant
                                         ALLSTATE INSURANCE COMPANY

27291821

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

-2-
NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED