Dennis M. Cusack (State Bar No. 124988)
Katina Ancar (State Bar No. 207950)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
AND DR. PETER KARSANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08 01490 SI<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant hereby demand a trial by jury of all causes of action and issues so triable.

DATED: April 7, 2008

Farella Braun & Martel LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP AND DR. PETER KARSANT

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PLAINTIFFS' DEMAND FOR JURY TRIAL
— C 04 4082 SI

19582\1523122.1