Dennis M. Cusack (State Bar No. 124988)
Katina Ancar (State Bar No. 207950)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
AND DR. PETER KARSANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 08 01490 SI<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

ALL PARTIES AND THEIR ATTORNEYS OF RECORD ARE NOTIFIED that Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant make the following substitution:

**Former Counsel**
Dennis M. Cusack, Esq.
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, CA 94104

**New Counsel**
Anthony D. Giles, Esq.
Logan & Giles LLP
2175 N. California Blvd., Suite 910
Walnut Creek, CA 94596
Tel: (925) 945-6792; Fax: (925) 945-8492
Email: adg@logan-giles.com

ORDER FOR SUBSTITUTION OF
COUNSEL — C 04 4082 SI

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

19582\1523122.1

```
 1        The undersigned all consent to this substitution:
 2
 3   DATED: April 7, 2008          Karsant Family Limited Partnership and Dr.
 4                                 Peter Karsant
 5
 6                                 By: /s/ Peter Karsant
 7                                    Peter Karsant, Managing Partner
 8
 9                                 By: /s/ Peter Karsant
10                                    Peter Karsant, Individually
11
12                                 Farella Braun & Martel LLP
13
14                                 By: /s/ Dennis M. Cusack
                                      Dennis M. Cusack
15
16   April 22, 2008                LOGAN & GILES LLP
17
18                                 By: _____
                                      Anthony D. Giles
19
                                   Attorneys for Plaintiffs
20                                 Karsant Family Limited Partnership
                                   and Dr. Peter Karsant
21
22        IT IS SO ORDERED.
23
24
                                   _____
25                                 Hon. Susan Illston
                                   United States District Judge
26
27
28
```

ORDER FOR SUBSTITUTION OF                 - 2 -                            19582\1523122.1
COUNSEL — C 04 4082 SI

The undersigned all consent to this substitution:

DATED: April 7, 2008

Karsant Family Limited Partnership and Dr. Peter Karsant

By: _____
Peter Karsant, Managing Partner

By: _____
Peter Karsant, Individually

Farella Braun & Martel LLP

By: _____
Dennis M. Cusack

April 22, 2008

LOGAN & GILES LLP

By: _____
Anthony D. Giles

Attorneys for Plaintiffs
Karsant Family Limited Partnership
and Dr. Peter Karsant

IT IS SO ORDERED.

_____
Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

ORDER FOR SUBSTITUTION OF
COUNSEL — C 04 4082 SI

- 2 -

19582\1523122.1