1  Dennis M. Cusack (State Bar No. 124988)
   Katina Ancar (State Bar No. 207950)
2  FARELLA BRAUN & MARTEL LLP
   Russ Building
3  235 Montgomery Street
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5
   Attorneys for Plaintiffs
6  KARSANT FAMILY LIMITED PARTNERSHIP
   AND DR. PETER KARSANT
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  KARSANT FAMILY LIMITED           Case No.  C 08 01490 SI
    PARTNERSHIP and DR. PETER
13  KARSANT,                         **ORDER FOR SUBSTITUTION OF COUNSEL**

14              Plaintiffs,

15       v.

16  ALLSTATE INSURANCE COMPANY,

17              Defendant.

18

19       ALL PARTIES AND THEIR ATTORNEYS OF RECORD ARE NOTIFIED that

20  Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant make the following

21  substitution:

22       **Former Counsel**
         Dennis M. Cusack, Esq.
23       Farella Braun + Martel LLP
         235 Montgomery Street
24       San Francisco, CA 94104

25       **New Counsel**
         Anthony D. Giles, Esq.
26       Logan & Giles LLP
         2175 N. California Blvd., Suite 910
27       Walnut Creek, CA 94596
         Tel: (925) 945-6792; Fax: (925) 945-8492
28       Email: adg@logan-giles.com

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

ORDER FOR SUBSTITUTION OF
COUNSEL — C 04 4082 SI

19582\1523122.1

The undersigned all consent to this substitution:

DATED: April 7, 2008

Karsant Family Limited Partnership and Dr. Peter Karsant

By: /s/ Peter Karsant
Peter Karsant, Managing Partner

By: /s/ Peter Karsant
Peter Karsant, Individually

Farella Braun & Martel LLP

By: /s/ Dennis M. Cusack
Dennis M. Cusack

April 22, 2008

LOGAN & GILES LLP

By: _____
Anthony D. Giles

Attorneys for Plaintiffs
Karsant Family Limited Partnership
and Dr. Peter Karsant

IT IS SO ORDERED.

_____
Hon. Susan Illston
United States District Judge

ORDER FOR SUBSTITUTION OF
COUNSEL — C 04 4082 SI                   - 2 -                        19582\1523122.1

The undersigned all consent to this substitution:

DATED: April 7, 2008                    Karsant Family Limited Partnership and Dr. Peter Karsant


By: _____
    Peter Karsant, Managing Partner


By: _____
    Peter Karsant, Individually


Farella Braun & Martel LLP

By: _____
    Dennis M. Cusack

April 22, 2008                          LOGAN & GILES LLP

By: _____
    Anthony D. Giles

Attorneys for Plaintiffs
Karsant Family Limited Partnership
and Dr. Peter Karsant


IT IS SO ORDERED.

_____
Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

ORDER FOR SUBSTITUTION OF COUNSEL — C 04 4082 SI

- 2 -

19582\1523122.1