UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KARSANT FAMILY LIMITED
PARTNERSHIP and DR. PETER
KARSANT

            Plaintiff(s),

v.

ALLSTATE INSURANCE
COMPANY

            Defendant(s).
_____/

CASE NO. CV 08 1490 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: June 3, 2008

Dated: June 3, 2008

/s/ Anthony Giles
Attorney for Plaintiff
KARSANT FAMILY LIMITED
PARTNERSHIP and DR. PETER KARSANT

/s/ Michelle Bradley
Attorney for Defendant
ALLSTATE INSURANCE COMPANY

American LegalNet, Inc.
www.USCourtForms.com

Karsant Family Limited Partnership,
et al. v. Allstate Insurance Company,
Case No. CV 08 1490 SI

Stipulation and [Proposed] Order Selecting ADR Process

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: JUNE 3, 2008             BY:   /s/ Michelle Bradley

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____                    _____
                                            UNITED STATES DISTRICT JUDGE
                                            Hon. Susan Illston

American LegalNet, Inc.
www.USCourtForms.com