**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-08-1490 SI          Judge:   SUSAN ILLSTON

Title: KARSANT  -v- ALLSTATE

Attorneys: A. Giles          S. Martin

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN  ( ) SUBMITTED
                                      PART

Case continued to **10/31/08 @ 9:00 a.m.** for Motions for Summary Judgment/to Compel Arbitration (FILE 9/26/08, OPPO, 10/17/08, REPLY 10/17/08, FINAL REPLY 10/24/08)

Case continued to **10/31/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/17/09    @ 9:00 a.m.**   for Motions
(Motion due **3/13/09**, Opposition **3/27/09** Reply **4/3/09**)

Case continued to **6/16/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/29/09   @ 8:30 a.m.**  for Trial (JURY:  Days)
Discovery Cutoff: 1/23/09  Designate Experts by: 1/15/09, Rebuttal Experts:1/23/09, Expert Discovery Cutoff:2/24/09

ORDERED AFTER HEARING: This case shall be referred to the Court's ENE program.  The ENE session shall occur during the last ½ of November 2008.

CC/ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-08-1490 SI            Judge:   SUSAN ILLSTON

Title: KARSANT  -v- ALLSTATE

Attorneys: A. Giles          S. Martin

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

### PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **10/31/08 @ 9:00 a.m.** for Motions for Summary Judgment/to Compel Arbitration (FILE 9/26/08, OPPO, 10/17/08, REPLY 10/17/08, FINAL REPLY 10/24/08)

Case continued to **10/31/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/17/09   @ 9:00 a.m.**  for Motions
(Motion due **3/13/09**, Opposition **3/27/09** Reply **4/3/09**)

Case continued to **6/16/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/29/09   @ 8:30 a.m.**  for Trial (JURY:  Days)
Discovery Cutoff: 1/23/09  Designate Experts by: 1/15/09, Rebuttal Experts:1/23/09, Expert Discovery Cutoff:2/24/09

ORDERED AFTER HEARING: This case shall be referred to the Court's ENE program.  The ENE session shall occur during the last ½ of November 2008.

CC/ADR