# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Karsant Family Limited Partnership,<br>Plaintiff(s),<br>v.<br>Allstate Insurance Company,<br>Defendant(s). | 08-01490 SI ENE<br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Peter B. Sandmann**
Tesler Sandmann & Fishman
163 Miller Ave., Suite 4
Mill Valley, CA 94941
415-383-5600
pbs@lawtsf.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

United States District Court
Northern District of California

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: August 1, 2008

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov