1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  MICHELLE BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
5
   Attorneys for Defendant
6  ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT, | No. CV 08 1490 SI |
|---|---|
| Plaintiffs, | STIPULATION REGARDING BRIEFING SCHEDULE FOR KARSANT FAMILY LIMITED PARTNERSHIP'S PARTIAL MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant (collectively, "plaintiffs") and defendant Allstate Insurance Company hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, on July 18, 2008, the parties appeared at a case management conference, during which they identified two motions that potentially could resolve important issues in this litigation: (a) a motion to compel arbitration of a fee dispute pursuant to California Civil Code section 2860(c), and (b) a motion for partial summary judgment on the issue of whether Allstate is liable for the award of emotional distress damages and prevailing party attorneys' fees in *Panoutsopoulos v. Karsant Family Limited Partnership*, JAMS arbitration no. 1100042514;

- 1 -

CASE NO. No. CV 08 1490 SI

STIPULATION RE BRIEFING
SCHEDULE FOR MOTION FOR
PARTIAL SUMMARY JUDGMENT

1  WHEREAS, at the time of the case management conference, parties contemplated that
2  Allstate would file a single motion to cover both issues;

3  WHEREAS, the parties requested that these motions be heard on a special briefing
4  schedule to expedite their resolution;

5  WHEREAS, the Court's Pretrial Preparation Order describes that briefing as follows:
6  "MOTION TO COMPEL ARBITRATION: October 31, 2008 at 9:00 a.m. (File: 9/26/08,
7  Opposition due: 10/17/08, Reply Due: 10/17/08, Final Reply: 10/24/08)";

8  WHEREAS, the parties subsequently agreed it would be more appropriate for Allstate to
9  file the opening brief on the motion to compel arbitration and for plaintiffs to file the opening
10 brief on the motion for partial summary judgment;

11 WHEREAS, plaintiffs filed their motion for partial summary judgment on September 25,
12 2008, and Allstate filed its motion to compel arbitration the following day;

13 IT IS HEREBY STIPULATED AND AGREED THAT plaintiffs' motion for partial
14 summary judgment shall be subject to the same briefing schedule set forth in the Court's Pretrial
15 Preparation Order for the motion to compel arbitration. Accordingly, Allstate's opposition to the
16 motion for partial summary judgment shall be due October 17, 2008, and plaintiffs' reply shall be
17 due October 24, 2008.

18 IT IS SO STIPULATED.

21 FILER'S ATTESTATION:

22 Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under
23 penalty of perjury that the concurrence in the filing of this document has been obtained from its
24 signatories.

25 DATED: October 8, 2008        By:  _____/s/ MICHELLE BRADLEY_____
                                         Michelle Bradley

- 2 -

CASE NO. No. CV 08 1490 SI                    STIPULATION RE BRIEFING
                                              SCHEDULE FOR MOTION FOR
                                              PARTIAL SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: October 8, 2008 | LOGAN & GILES LLP |

By_____ */s/ ANTHONY GILES*_____
Anthony Giles

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
and DR. PETER KARSANT

Dated: October 8, 2008    SONNENSCHEIN NATH & ROSENTHAL LLP

By_____ */s/ MICHELLE BRADLEY*_____
Michelle Bradley

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

DATED: _____    _____
Honorable Susan Illston
United State District Court Judge

27309669

- 3 -

CASE NO. No. CV 08 1490 SI    STIPULATION RE BRIEFING
SCHEDULE FOR MOTION FOR
PARTIAL SUMMARY JUDGMENT