1   ANTHONY GILES (State Bar No. 178876)
    LOGAN & GILES, LLP
2   2175 N. California Blvd., Suite 910
    Walnut Creek, California 94596
3   Telephone:  (925) 945-6792
    Facsimile:  (925) 945-8492
4
    Attorneys for Plaintiffs
5   KARSANT FAMILY LIMITED PARTNERSHIP
    and DR. PETER KARSANT
6

7   MICHAEL BARNES (State Bar No. 121314)
    SONIA MARTIN (State Bar No. 191148)
8   MICHELLE BRADLEY (State Bar No. 221323)
    SONNENSCHEIN NATH & ROSENTHAL LLP
9   2121 N. California Blvd., Suite 800
    Walnut Creek, California 94596
10  Telephone:  (925) 949-2600
    Facsimile:  (925) 949-2610
11
    Attorneys for Defendant
12  ALLSTATE INSURANCE COMPANY

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT, | No. CV 08 1490 SI |
| 17 | STIPULATION AND [PROPOSED] ORDER RESCHEDULING EARLY NEUTRAL EVALUATION SESSION AND GRANTING ADDITIONAL TIME TO COMPLETE ADR |
| 18          Plaintiffs, | |
| 19      vs. | |
| 20  ALLSTATE INSURANCE COMPANY, | |
| 21          Defendant. | |
| 22 | |

23

24          Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant (collectively, the

25  "plaintiffs") and defendant Allstate Insurance Company stipulate, through their respective

26  counsel, as follows:

27          1.      On June 3, 2008, the parties filed a stipulation indicating their agreement to

28

                                                -1-

CASE NO. No. CV 08 1490 SI                              STIPULATION AND [PROPOSED] ORDER
27309765

1    participate in early neutral evaluation.

2         2.    On August 1, 2008, Peter Sandmann was assigned as the parties' neutral evaluator

3    for this matter. An early neutral evaluation was scheduled before Mr. Sandmann on December

4    2, 2008.

5         3.    On September 25, 2008, plaintiffs filed a motion for partial summary judgment.

6    On September 26, 2008, Allstate filed a motion to compel arbitration under Civil Code section

7    2860. The hearing on both motions was completed on October 31, 2008. The Court has taken

8    the matters under submission, and has not yet issued a ruling.

9         4.    The parties agree that the Court's rulings on the two motions will resolve many of

10   the issues in this litigation. Therefore, in the interest of judicial economy, the parties believe

11   that the early neutral evaluation should be postponed until after the Court has ruled on the

12   motions. The neutral evaluator, Mr. Sandmann, has advised that he is amenable to postponing

13   the early neutral evaluation session, upon approval from the Court

14        5.    Accordingly, the parties request that the early neutral evaluation session be

15   rescheduled for a date in early January 2009 that is mutually convenient to the parties and to Mr.

16   Sandmann, and that the deadline for completion of ADR be extended until January 15, 2009.

17

18   FILER'S ATTESTATION:

19        Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under

20   penalty of perjury that the concurrence in the filing of this document has been obtained from its

21   signatories.

22   DATED: November 24, 2008                    By: _____/S/ MICHELLE BRADLEY_____

23                                                    MICHELLE BRADLEY

24

25

26

27

28

-2-

Dated: November 24, 2008                    LOGAN & GILES LLP


By_____/s/ Anthony D. Giles_ _____
        ANTHONY D. GILES

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
and DR. PETER KARSANT


Dated: November 24, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/ Michelle A. Bradley_____
          MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED:

1.    The early neutral evaluation is rescheduled for a date in early January 2009 that is mutually convenient to the parties and to the early neutral evaluator, Peter Sandmann, and

2.    The deadline for completion of ADR is extended until January 15, 2009.


DATED: _____        _____
                                 Honorable Susan Illston
                                 United State District Court Judge

-3-

CASE NO. No. CV 08 1490 SI                    STIPULATION AND [PROPOSED] ORDER
27309765