| | |
|---|---|
| 1 | ANTHONY GILES (State Bar No. 178876) |
| 2 | LOGAN & GILES, LLP<br>2175 N. California Blvd., Suite 910<br>Walnut Creek, California 94596 |
| 3 | Telephone: (925) 945-6792<br>Facsimile: (925) 945-8492 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>KARSANT FAMILY LIMITED PARTNERSHIP<br>and DR. PETER KARSANT |
| 6 | |
| 7 | MICHAEL BARNES (State Bar No. 121314)<br>SONIA MARTIN (State Bar No. 191148) |
| 8 | MICHELLE BRADLEY (State Bar No. 221323)<br>SONNENSCHEIN NATH & ROSENTHAL LLP |
| 9 | 2121 N. California Blvd., Suite 800<br>Walnut Creek, California 94596 |
| 10 | Telephone: (925) 949-2600<br>Facsimile: (925) 949-2610 |
| 11 | |
| 12 | Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>   Defendant. | No. CV 08 1490 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES |
|---|---|

Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant (collectively, the "plaintiffs") and defendant Allstate Insurance Company, by and through their respective counsel, hereby stipulate that all discovery deadlines currently in effect be extended an additional sixty (60) days. This stipulation is intended to maximize judicial efficiency and

-1-
CASE NO. No. CV 08 1490 SI                              STIPULATION AND [PROPOSED] ORDER

conserve resources by limiting discovery until the Court has had the opportunity to rule on the plaintiffs' motion for summary judgment and the defendant's motion to compel arbitration, both heard October 31, 2008, and currently under submission. To that end, pursuant to this stipulation, the parties agree the new discovery deadlines are as follows:

| | | |
|---|---|---|
| 1. | Designation of experts | March 16, 2009 |
| 2. | Designation of rebuttal experts | March 24, 2009 |
| 3. | Non-expert discovery cutoff | March 24, 2009 |
| 4. | Expert discovery cutoff | April 25, 2009. |

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: January 6, 2009    By: _____/s/ MICHELLE BRADLEY_____
                                         MICHELLE BRADLEY

Dated: January 6, 2009    LOGAN & GILES LLP


                          By_____ /s/ ANTHONY GILES_____
                                      ANTHONY D. GILES

                          Attorneys for Plaintiffs
                          KARSANT FAMILY LIMITED PARTNERSHIP
                          and DR. PETER KARSANT

Dated: January 6, 2009    SONNENSCHEIN NATH & ROSENTHAL LLP


                          By_____ /s/ MICHELLE BRADLEY_____
                                      MICHELLE BRADLEY

                          Attorneys for Defendant
                          ALLSTATE INSURANCE COMPANY

-2-

CASE NO. No. CV 08 1490 SI                              STIPULATION AND [PROPOSED] ORDER

<u>ORDER</u>

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

All discovery deadlines currently in effect are extended an additional sixty (60) days. The new discovery deadlines are as follows:

1. Designation of experts            March 16, 2009
2. Designation of rebuttal experts   March 24, 2009
3. Non-expert discovery cutoff       March 24, 2009
4. Expert discovery cutoff           April 25, 2009.

DATED: _____    _____
Honorable Susan Illston
United State District Court Judge