ANTHONY GILES (State Bar No. 178876)
LOGAN & GILES, LLP
2175 N. California Blvd., Suite 910
Walnut Creek, California 94596
Telephone: (925) 945-6792
Facsimile: (925) 945-8492

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
and DR. PETER KARSANT


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARSANT FAMILY LIMITED PARTNERSHIP and DR. PETER KARSANT,<br><br>  Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>  Defendant. | No. CV 08 1490 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINES |
|---|---|

Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant (collectively, the "plaintiffs") and defendant Allstate Insurance Company, by and through their respective counsel, hereby stipulate that all dispositive motion deadlines currently in effect be extended an additional thirty (30) days. To maximize judicial efficiency and conserve resources, the parties previously limited discovery until after the Court had the opportunity to rule on the plaintiffs' motion for summary judgment and the defendant's motion to compel arbitration, both heard

October 31, 2008.  The Court ruled on those motions on January 27, 2009.  As such, the parties have only just commenced more extensive discovery efforts and, as a result, require an extension of the dispositive motions deadlines.   The extension will not prejudice the parties' ability to be prepared to begin trial on June 29, 2009 as scheduled.  Pursuant to this stipulation, the parties agree the new dispositive motion deadlines should be:

| | | |
|---|---|---|
| 1. | Last day to file dispositive motion | April 13, 2009 |
| 2. | Last day to file opposition to dispositive motion | April 27, 2009 |
| 3. | Last day to file reply in support of dispositive motion | May 4, 2009 |
| 4. | Last day for hearing on dispositive motion | May 18, 2009 |

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED:  February 4, 2009        By:        /S/ MICHELLE BRADLEY
                                                     MICHELLE BRADLEY


Dated: February 4, 2009                LOGAN & GILES LLP


                                               By        /s/ Anthony D. Giles
                                                              ANTHONY D. GILES

                                               Attorneys for Plaintiffs
                                               KARSANT FAMILY LIMITED PARTNERSHIP
                                               and DR. PETER KARSANT

Dated: February 4, 2009                SONNENSCHEIN NATH & ROSENTHAL LLP


                                               By        /s/ Michelle Bradley
                                                              MICHELLE BRADLEY

                                               Attorneys for Defendant
                                               ALLSTATE INSURANCE COMPANY

<pre>
1                                        ORDER
2        The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED
3    THAT:
4        All dispositive motion deadlines currently in effect are extended an additional thirty (30)
5    days. The new dispositive motion deadlines are as follows:
6        1.   Last day to file dispositive motion                April 13, 2009
7        2.   Last day to file opposition to dispositive motion  April 27, 2009
8        3.   Last day to file reply in support of dispositive motion   May 4, 2009
9        4.   Last day for hearing on dispositive motion         May 1̶8̶, 2009
                                                                        15
11
12   DATED: _____          _____
                                       Honorable Susan Illston
13                                     United State District Court Judge
</pre>

-3-

CASE NO. No. CV 08 1490 SI                               STIPULATION AND [PROPOSED] ORDER