1  ANTHONY GILES (State Bar No. 178876)
   LOGAN & GILES, LLP
2  2175 N. California Blvd., Suite 910
   Walnut Creek, California 94596
3  Telephone: (925) 945-6792
   Facsimile: (925) 945-8492
4
   Attorneys for Plaintiffs
5  KARSANT FAMILY LIMITED PARTNERSHIP
   and DR. PETER KARSANT
6

7  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
8  MICHELLE BRADLEY (State Bar No. 221323)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
10 Telephone: (925) 949-2600
   Facsimile: (925) 949-2610
11
   Attorneys for Defendant
12 ALLSTATE INSURANCE COMPANY

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | KARSANT FAMILY LIMITED              | No. CV 08 1490 SI
   | PARTNERSHIP and DR. PETER           |
17 | KARSANT,                            | STIPULATION AND [PROPOSED]
   |                                     | ORDER EXTENDING EXPERT
18 |        Plaintiffs,                  | DISCOVERY DEADLINES
19 |   vs.                               |
20 | ALLSTATE INSURANCE COMPANY,         |
21 |        Defendant.                   |

        Plaintiffs Karsant Family Limited Partnership and Dr. Peter Karsant (collectively, the
"plaintiffs") and defendant Allstate Insurance Company, by and through their respective
counsel, hereby stipulate that all deadlines concerning expert discovery currently in effect be
extended an additional thirty (30) days. The party depositions are taking place on March 5,

-1-
CASE NO. No. CV 08 1490 SI                        STIPULATION AND [PROPOSED] ORDER

2009 (Allstate) and March 13, 2009 (plaintiffs), and the experts will want to review the transcripts of those depositions in evaluating the case. Under the current schedule, expert disclosures (including their reports) are due March 16, 2009, only three days after the parties' depositions are concluded. Because the parties will need time for the transcripts to be prepared and provided to (and digested by) their experts in order to have meaningful expert opinion and testimony, they agree to new expert discovery deadlines as follows:

1. Designation of experts     April 15, 2009
2. Designation of rebuttal experts     April 23, 2009
3. Expert discovery cutoff     May 25, 2009.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: March 4, 2009     By: _____/S/ MICHELLE BRADLEY_____
                                   MICHELLE BRADLEY

Dated: March 4, 2009     LOGAN & GILES LLP

By_____/s/ Anthony D. Giles_____
              ANTHONY D. GILES

Attorneys for Plaintiffs
KARSANT FAMILY LIMITED PARTNERSHIP
and DR. PETER KARSANT

Dated: March 4, 2009     SONNENSCHEIN NATH & ROSENTHAL LLP

By_____/s/ Michelle Bradley_____
             MICHELLE BRADLEY

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-2-

<u>ORDER</u>

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

All expert discovery deadlines currently in effect are extended an additional thirty (30) days. The new expert discovery deadlines are as follows:

1. Designation of experts           April 15, 2009
2. Designation of rebuttal experts     April 23, 2009
3. Expert discovery cutoff            May 25, 2009.

DATED: _____      *Susan Illston*
                                       Honorable Susan Illston
                                       United State District Court Judge