**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARSANT FAMILY LIMITED,

    Plaintiff,

v.

ALLSTATE INS CO.,

    Defendant.
                                   /

No. C 08-01490 SI

**ORDER EXTENDING CONDITIONAL DISMISSAL**

The parties to the action, by their counsel, have advised the court that they have agreed to finalize the settlement.

IT IS HEREBY ORDERED that the original conditional dismissal remain in effect for an additional sixty days.

Dated:

_____
SUSAN ILLSTON
United States District Judge